IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-20120-CMB |
| | : | |
| **Robin Lutes** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| **Robin Lutes** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Robin Lutes** hereby state as follows:

1. I have been disabled for 18 months.

2. I receive Social Security Benefits in the amount of $ 2,396.00 per month.

3. I receive Disability Insurance in the amount of $ 3,201.99 per month.

4. I am in the process of filing my 2020 – 2022 Federal Income Tax Returns and will provide copies to the trustee as soon as they are available.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: February 17, 2023                                              /s/ **Robin Lutes**
                                                                              **Robin Lutes**
                                                                                Debtor