Certificate Number: 05781-PAW-DE-040875895

Bankruptcy Case Number: 23-20120



05781-PAW-DE-040875895

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2026, at 10:12 o'clock PM PDT, Robin Lutes completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    April 19, 2026                    By:      /s/Allison M Geving

                                           Name:   Allison M Geving

                                           Title:    President