IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBIN R. LUTES,                          :   Bankruptcy No. 23-20120-CMB
                                         :
                  Debtor.                :
                                         :   Chapter 13
ROBIN R. LUTES,                          :
                                         :
                  Movant,                :
         v.                              :   Related to Doc. No. 51
                                         :
ROBIN R. LUTES,                          :
                                         :
                  Respondent.            :

## NOTICE AND ORDER SETTING EMERGENCY HEARING

*AND NOW*, this *21st* day of *May, 2026*, NOTICE IS HEREBY GIVEN THAT an *EMERGENCY MOTION FOR STATUS CONFERENCE AND OBJECTION TO UNAPPROVED FEES*, ("Motion") has been filed in the above-referenced case by Debtor, Robin R. Lutes.

On *June 3, 2026*, an EMERGENCY HEARING has been scheduled for *11:30 a.m.* An in-person hearing will be held before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Böhm's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Böhm's website (which can be found at https://www.pawb.uscourts.gov/judge-bohms-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Böhm's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-1.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

On or before *June 1, 2026, at 12:00 p.m. (NOON)*, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

1

*In the event that a response is not timely filed*, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

If the Motion includes a request for an extension of time, the time is extended to the date of the hearing and may be extended further pending the outcome of the hearing.

Pursuant to the Undersigned Judge's procedures, in the event that the parties are able to resolve their dispute(s), any consensual order filed with the Court shall be accompanied by a Certification of Counsel advising that all necessary parties consent to the entry of the order.

Telephonic participation in the hearing may be approved if arrangements are made by calling the courtroom deputy.

*Movant shall serve* a copy of this Scheduling Order and the Motion by Overnight U.S. Mail **or** facsimile **or** email **or** hand delivery.

*Service shall be made on* the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. *Depending upon the relief requested, service on the entire matrix may be required.*

*Movant shall immediately* file a certificate of service indicating such service.

Carlota M. Böhm
United States Bankruptcy Judge

cm:  Robin R. Lutes
519 Greensburg Pike
West Newton, PA 15089

SIGNED
5/21/26 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 23-20120-CMB

Robin R. Lutes                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robin R. Lutes, 519 Greensburg Pike, West Newton, PA 15089-2007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026               Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence Willis | on behalf of Debtor Robin R. Lutes ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4