PAWB FORM 7 (03/12)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                 :      Bankruptcy No. **23-20120 CMB**

Robin R Lutes, Debtor    :      Chapter

                :                        **FILED**

                :      Related to Document No.     **5/23/2026 8:22 pm**

Movant   Robin R Lutes Pro Se :                **CLERK**

       v.                :                      **U.S. BANKRUPTCY**

                :      Hearing Date and Time:      **COURT - WDPA**

                :

                :

Respondent (if none, then "No Respondent")   :

       SEE ATTACHED

## CERTIFICATE OF SERVICE OF (Specify Document Served)

        I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) **MAY 23, 2026** .

        The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS MAIL AND FACSIMILE (FAX)** .

        If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: **May 23, 2026**

                    By: _____
                          Signature

                          Robin R Lutes
                          Typed Name

                          519 Greensburg Pike West Newton PA 15089
                          Address

                          724-350-5311
                          Phone No.

                          _____
                          List Bar I.D. and State of Admission

## SEE ATTACHED: BANKRUPTCY CASE NO: 23-20120CMB

## RESPONDANTS:

- Willis & Associates

  Lawrence Willis

  201 Penn Center Blvd, Suite 310

  Pittsburgh, PA 15235

- Ronda Winnecour, Trustee

  U.S. Steel Tower - Suite 3250

  600 Grant Street

  Pittsburgh, Pennsylvania 15219

## SERVICE BY FIRST CLASS MAIL

- Willis & Associates

  Lawrence Willis

  201 Penn Center Blvd, Suite 310

  Pittsburgh, PA 15235

- Ronda Winnecour, Trustee

  U.S.Steel Tower, Suite 3250

  600 Grant Street

  Pittsburgh, PA 15219

## SERVICE BY FACSIMILE (FAX)

- Willis & Associates

  Lawrence Willis

  Fax Number: 412-542-1704

- Ronda Winnecour, Trustee

  Fax Number: 412-471-5470