FILED
5/28/2026 2:30PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Robin R Lutes **Debtor**

Movant Robin R Lutes Pro Se

v.

Respondent (if none, then "No Respondent")
Lawrence Willis, Willis & Assoc
Ronda Winnecour, Trustee

Bankruptcy No. 23-20120-CMB

Chapter 13

Related to Document No. 51

Hearing Date and Time:

June 3, 2026   11:30 AM

### CERTIFICATE OF SERVICE OF (Specify Document Served)
NOTICE AND ORDER SETTING EMERGENCY Hearing

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) **May 28, 2026**.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **facsimile ONLY**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: **05-28-2026**

By: _____
Signature

Robin R Lutes
Typed Name

519 Greensburg Pike West Newton PA 15089
Address

724 350 5311
Phone No.

_____
List Bar I.D. and State of Admission

PAWB Local Form 7 (07/13)

SEE ATTACHED: BANKRUPTCY CASE NO: 23-20120CMB

RESPONDANTS:

- Willis & Associates

  Lawrence Willis

  201 Penn Center Blvd, Suite 310

  Pittsburgh, PA 15235

- Ronda Winnecour, Trustee

  U.S. Steel Tower - Suite 3250

  600 Grant Street

  Pittsburgh, Pennsylvania 15219

## SERVICE BY FACSIMILE (FAX)

- Willis & Associates

  Lawrence Willis

  Fax Number: 412-542-1704

- Ronda Winnecour, Trustee

  Fax Number: 412-471-5470