FILED
5/28/2026 3:00PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Robin R Lutes  Debtor

Movant

Robin R Lutes Pro Se

v.

Respondent (if none, then "No Respondent")
MARTA E VILLACORTA, Asst US Trustee
AND  Rockit mortgage

Bankruptcy No. 23-20120-CMB
Chapter 13

Related to Document No. 51

Hearing Date and Time:
June 3, 2026   11:30am

### CERTIFICATE OF SERVICE OF (Specify Document Served)

facsimile/Email

I certify under penalty of perjury that I served the above captioned pleading on the parties at the ~~addresses~~ specified below or on the attached list on (date) MAY 28, 2026  A copy of the Emergency motion, Exhibits A and B, And Notice and order setting Emergency Hearing

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Facsimile or Email stated below to US Trustee Assistant and my mortgage lender.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: MAY 28, 2026

By: _____
Signature

Robin R Lutes
Typed Name

514 Greensburg Pike West Newton PA 15089
Address

724 350 5311
Phone No.

_____
List Bar I.D. and State of Admission

Rocket mortgage → Email:
Account resolution @rocketmortgage.com

MARTA E Villacorta,
Assistant US Trustee
Federal Building
1000 Liberty Ave Suite 1316
Pittsburgh PA 15222
Facsimile : 412-644-4785