## PROCEEDING MEMO

**Date:  06/03/2026 11:30 AM**
**In re:    Robin R. Lutes**

**Bankruptcy No.  23-20120-CMB**
**Chapter:  13**
**Doc. #  51**

**Appearances:  Robin R. Lutes - DEBTOR**
**Lawrence Willis**
**Ronda Winnecour**
**Marta Villacorta**

**Nature of Proceeding:  #51 Emergency Motion for Status Conference and Objection To Unapproved Fees**

**Additional Pleadings:  #60 Response by Debtor's Counsel; #61 Response by Chapter 13 Trustee**

Per Ms. Lutes, she wanted answers concerning the increase in her Plan base. She was not aware of the Motion to Extend her Plan. Atty. Willis stopped responding to her when she wanted to make sense of the increase in her Plan. Her Plan was extended from 36 months to 42 months due to the Motion. She only missed three months, so she was confused as to why it was extended six months. A $2,500 legal fee was added to the amount, but Atty. Willis waived that fee. The $2,500 was then reallocated to unsecured creditors.

Per Atty. Winnecour, this is a pool case. She needs around $4,040 to complete the Plan with the Debtor taking on the mortgage in July.

Per Atty. Willis, he discussed the options with the Debtor and he believed she agreed to extend the Plan. He agreed to waive his fees to make the Plan shorter. The work he has done on this case is evident. He does not believe there was a lack of communication.

OUTCOME: The Motion is denied, and the matter is concluded.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
6/4/26 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA