## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 23-20120-CMB |
| | ) | |
| Robin R. Lutes, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Related to Doc. Nos. 51, 60, 61 |
| | ) | |
| | ) | |
| Robin R. Lutes, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Robin R. Lutes, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### ORDER

**AND NOW,** this **3rd** day of ***June, 2026,*** upon consideration of the *Emergency Motion for Status Conference and Objection to Unapproved Fees* ("Motion," Doc. No. 51) filed by the Debtor, *Response of Counsel to Debtor's Motion for Emergency Status Conference* (Doc. No. 60) filed by Lawrence W. Willis, Esq., and *Chapter 13 Trustee's Response to Emergency Motion for Status Conference and Objection to Unapproved Fees* (Doc. No. 61) filed by Ronda J. Winnecour, Chapter 13 Trustee, and whereas a hearing was held on June 3, 2026, it is hereby **ORDERED** that the Motion is **DENIED**.

FILED
6/4/26 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                    **dmr**
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 23-20120-CMB

Robin R. Lutes                                                                        Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID　　　　　Recipient Name and Address**
db　　　　　　　+  Robin R. Lutes, 519 Greensburg Pike, West Newton, PA 15089-2007

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lawrence Willis | on behalf of Debtor Robin R. Lutes ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Attorney Willis & Associates ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5